## UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
### BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　　　　DATE: November 8, 1999
**CIVIL NO. 98-1360 (DRD)**
LAW CLERK: Nathan J. Schulte

| | |
|---|---|
| ANA RIVERA RAMOS, et al., Plaintiffs, | Attorney: Jeffrey **WILLIAMS**<br>Carlos **MERCADO**<br>David C. **INDIANO** |
| v. | |
| ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL INC., et al., Defendants. | Juan **MASINI SOLER**<br>Hilda **SURILLO** |

　　　The STATUS CONFERENCE was held today. The parties advised the Court of the status of the case.

　　　The sole pending motion is Plaintiffs' Motion For Sanctions For Defendants' Failure To Comply With Orders Issued At The Pretrial Conference. (Docket No. 42). Because the Court finds the delay reasonable, that motion is hereby **DENIED**. Notwithstanding, the Defendants' are hereby **ORDERED** to fully comply with the subject Request For Production and Request For Settlement **within twenty (20) days, that is by November 30, 1999**.

　　　**NO EXTENSIONS** shall be granted. All deadlines are **FINAL** and **FATAL**.

　　　A Settlement Conference will be held on Wednesday, **December 15, 1999 at 5:30 p.m.** The Parties are strongly encouraged to explore settlement. The parties are put on notice that the District of Puerto Rico has scheduled a visiting judge to come to the district each month between February 2000 and July 2000. Should this case not settle on December 15, 1999, the Court shall immediately set this case for pretrial and trial, either before this judge or before a visiting judge, whomever can see it first.

　　　　　　　　　　　　　　　　　　　　　　　　　　_Nathan J. Schulte_
　　　　　　　　　　　　　　　　　　　　　　　　　　LAW CLERK

s/c: Counsel of record

P:\FINALORD.ERS\98-1360A.MEM

