UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　　　DATE: December 15, 1999
**CIVIL NO. 98-1360 (DRD)**
LAW CLERK: Nathan J. Schulte

====================================================================

| ANA RIVERA RAMOS, et al., | Attorney: Jeffrey **WILLIAMS** |
| Plaintiffs, | Carlos **MERCADO** |
|  | David C. **INDIANO** |
| v. |  |
| ASHFORD PRESBYTERIAN | Juan **MASINI SOLER** |
| COMMUNITY HOSPITAL INC., et al., | Hilda **SURILLO** |
| Defendants. |  |

====================================================================

    A SETTLEMENT CONFERENCE was held today. The parties advised the Court of the status of the case and their progress toward settlement. Further, the parties informed the Court that their anticipated length of the trial will be five days.

    The sole pending motion is Plaintiffs' Motion For Trial Date and Informative Motion Regarding Defendants' Failure To Comply With Order. (Docket No. 44). The Plaintiffs informed the Court that since filing the motion the Defendants have complied with the Court's Order rendering that portion of the Plaintiffs' motion moot. The Court concurs, and the applicable portion of the motion is held **MOOT**.

    However, as forewarned during the Status Conference held on November 8, 1999, because the parties informed the Court that no settlement has been reached, the portion of Plaintiffs' motion requesting a Trial Date is **GRANTED**.

    A **Pretrial Conference** will be held on Wednesday, **March 1, 2000 at 5:00 p.m.** and a **Trial Date** on Thursday, **March 16, 2000 at 9:00 a.m.** The trial will be held that Thursday, Friday, and Saturday and will run every succeeding week on those three days until completion. This judge will see this case as scheduled, unless a visiting judge can be scheduled to see it first.

    The Parties are strongly encouraged to continue settlement discussions. Should the parties feel that an intervening Further Settlement Conference would facilitate such discussions the parties may so motion the Court.

                                                              LAW CLERK

s/c: Counsel of record
P:\MINUTES\98-1360B MEM