UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Ana M. Rivera Ramos, et al.          CIVIL NO. 98-1360 (DRD)

v.

Defendant(s) Ashford Presbyterian Community Hospital, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 46 | ☒ GRANTED. |
| Date: January/20/2000 | ☐ DENIED. |
| Title: Motion Requesting Leave To Withdraw As Counsel | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 FEB 15 AM 8:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Granted. Attorney, Hilda M. Surillo Peña is relieved from representation of Defendant Ashford Presbyterian Community Hospital. Ms. Marta Elisa González Yglesias of Sánchez Betances & Sifre will continue representation of the said Defendant.
IT IS SO ORDERED.

IT IS SO ORDERED.

Date: February /14/ 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

47