UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**  DATE: March 1, 2000

**CIVIL NO. 98-1360 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

===================================================================

| | |
|---|---|
| ANA RIVERA RAMOS | ATTORNEYS: David INDIANO |
| | Carlos MERCADO |
| Plaintiffs | Jeffrey WILLIAMS |
| v. | |
| ASHFORD PRESBYTERIAN | Juan MASINI-SOLER |
| Defendant | |

===================================================================

PRETRIAL CONFERENCE is held in chambers. Jury trial in this case is set for March 16, 2000.

Defendant requests a continuance of the trial date because he is presently trying another case before Judge Domínguez, Civil No. 94-1437, which is expected to last another week. Since the beginning of the year counsel has been involved in various cases one after the other and he will need some time to prepare for the case at bar. Continuance is granted. Hence, **jury trial is re-set for May 1, 2000 at 9:00 A.M.** unless the Court is still trying Criminal No. 97-145, in which case, the case at bar will be placed on a rolling calendar.

Although the parties have engaged in settlement negotiations, they are still far apart.

**A Status Conference is set for April 28, 2000 at 1:30 P.M.** Counsel are instructed to submit on said date proposed voir dire, jury instructions and a short statement as to what the case is about.

s/c: Counsel of record & Jury Clerk

COURTROOM DEPUTY