# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: April 12, 2000

ANA RIVERA RAMOS                                 **CIVIL NO. 98-1360(DRD)**

    Plaintiff

v.

ASHFORD PRESBYTERIAN, et al.

    Defendants

_____

BY ORDER OF THE COURT, the Status Conference scheduled for April 28, 2000 is re-set for **May 1 , 2000 at 1:00 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified:

David Indiano, Esq.
Jeffrey Williams, Esq.
Carlos Mercado, Esq.
Jaime Sifre, Esq.
Marta González, Esq.
Juan Masini Soler, Esq.