UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA RIVERA RAMOS, et al.,
v.                                                            CASE NUMBER: 98-1360 (DRD)
ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL INC., et al.

### ORDER

The Plaintiffs have filed two motions to seal (Docket Nos. 52 & 55), requesting the Court to seal Notice of Acceptance of Offer of Judgment under Rule 68 and Request for Entry of Judgment and Conference with Counsel (Docket No. 53), and Sealed Motion Requesting Entry of Judgment Based on Settlement (Docket No. 56). The two motions to seal (Docket Nos. 52 & 55) are **GRANTED** and therefore, the two motions at Docket Numbers 53 and 56 are hereby **SEALED**.

The parties filed on April 26, 2000, a Sealed Motion Requesting Entry of Judgment Based on Settlement (Docket No. 56). The motion is **GRANTED**. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the parties' motion, the Court **DISMISSES** this case **WITH PREJUDICE**. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: April 28, 2000                                          DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\98-1360 DIS                                   U.S. District Judge

Rec'd:           EOD:

By:          #