UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA RIVERA RAMOS, et al.,
    v.                                                CASE NUMBER: 98-1360 (DRD)
ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL INC., et al.

## JUDGMENT

In accordance with the Court's Order of this same date, the parties' Sealed Motion Requesting Entry of Judgment Based on Settlement (Docket No. 56) is **GRANTED**, and thus, the Court hereby **DISMISSES** this case **WITH PREJUDICE**.
IT IS SO ADJUDGED AND DECREED.

Date: April 28, 2000                      DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\98-1360 DIS               U.S. District Judge



Rec'd:        EOD:

By:        # 58